1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6      Social Security Administration
       160 Spear St., Suite 800
7      San Francisco, CA  94105
8      Telephone:  (415) 977-8962
       Facsimile:  (415) 744-0134
9      Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DEBRA ANN HEMMERLING, | ) No. 5:14-cv-00457-JCG |
|---|---|
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 14, 2014

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE